WILLIAM M. JONES *et al.* Defendants in Error, *vs.* JACOB GLOS *et al.* Plaintiffs in Error.

*Opinion filed October 26, 1908.*

This case is controlled by the decision in *Larson* v. *Glos,* 235 Ill. 584.

WRIT OF ERROR to the Branch Appellate Court for the First District;—heard in that court on appeal from the Superior Court of Cook county; the Hon. W. M. McEWEN, Judge, presiding.

JOHN R. O'CONNOR, for plaintiff in error Jacob Glos.

DAVID G. ROBERTSON, for defendants in error.

Per CURIAM: The questions raised upon the record in this case are the same as the questions raised in the case of *Larson* v. *Glos,* 235 Ill. 584, and for the reasons given in the opinion filed in that case the decree of the superior court and the judgment of the Appellate Court will be reversed and the cause remanded to the superior court.

*Reversed and remanded.*